UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA BOARD OF PRISON HEARINGS, et al.,<br><br>Defendants. | No. 2:21-cv-00970-TLN-AC<br><br><br><br>**ORDER** |

Plaintiff Michael L. Overton ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 19, 2021, the magistrate judge issued findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 4.) No timely objections to the findings and recommendations have been filed.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

1

1. The Findings and Recommendations issued July 19, 2021 (ECF No. 4), are ADOPTED IN FULL, and

2. This action is DISMISSED without prejudice for failure to file an application to proceed *in forma pauperis*, or in the alternative, to pay the filing fee.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 30, 2021

    Troy L. Nunley
    United States District Judge

2